IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
JOSEPH EDWARD MARTY,         )
                             )   2:10-cv-0555-GEB-DAD
          Plaintiff,         )
                             )
     v.                      )   ORDER
                             )
WELLS FARGO BANK, et al.,    )
                             )
          Defendants.        )
_____)
```

Pro se Plaintiff Joseph Edward Marty filed a "Motion for Stay of Judgment and Orders" on May 20, 2011. (ECF No. 47.) Plaintiff's filing does not address the Federal Rules of Civil or Appellate Procedure nor does Plaintiff offer any reason why this Court should stay judgment pending his appeal. Therefore, Plaintiff's motion is DENIED.

Dated: September 13, 2011

GARLAND E. BURRELL, JR.
United States District Judge